**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-cv-61972-EA**

**TSA, LLC,**

      Plaintiff,

v.

**BERT DAMIAN LEWIS,**

      Defendant.

_____/

## ORDER

Pending before the Court is a Report and Recommendation **[ECF No. 55]** (the "Report") recommending that this Court GRANT Defendant's Motion to Dismiss Defendant Bert Damian Lewis' Amended Counterclaim ("Motion") **[ECF No. 44]**. No objections were raised by any party to the magistrate judge's report and recommendation; therefore, this Court only reviews the Report for clear error. *See* Fed. R. Civ. P. 72(b). Having thus considered the Report and being otherwise advised as to the premises, it is **ORDERED AND ADJUDGED** that,

    1.    The Report **[ECF No. 55]** is **AFFIRMED.**

    2.    Defendant's Motion to Dismiss Defendant Bert Damian Lewis' Amended Counterclaim ("Motion") **[ECF No. 44]** is hereby **GRANTED WITH PREJUDICE**.

    **ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of March 2025.

                                           *Ed Artau*
                                       _____
                                       ED ARTAU
                                       UNITED STATES DISTRICT JUDGE

Copies Served:
Zachary Spencer Knoblock
Winget Spadafora Schwartzberg, LLP

14 NE 1st Ave
Suite 600
Miami, FL 33132
3058300600
Email: knoblock.z@wssllp.com

Brian P. Nally
Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, OH 44114
216-387-1311
Email: bnally@reminger.com

Bert Damian Lewis
769 Rue Center Court i
Cincinnati, OH 45245
Email: chefdamianlewis@gmail.com